IN THE SUPREME COURT OF NORTH CAROLINA

No. 466A16

Filed 22 December 2017

STATE OF NORTH CAROLINA

v.

JOSHUA RYAN WILSON


Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, ___ N.C. App. ___, 793 S.E.2d 737 (2016), affirming a judgment entered on 24 September 2015 by Judge Michael J. O'Foghludha in Superior Court, Alamance County. Heard in the Supreme Court on 7 November 2017.

*Joshua H. Stein, Attorney General, by Marie Hartwell Evitt, Assistant Attorney General, and Derrick C. Mertz, Special Deputy Attorney General, for the State.*

*Leslie Rawls for defendant-appellant.*


PER CURIAM.

AFFIRMED.